UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:11-CV-3106-G |
| MARTHA WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. Defendant filed an objection, and the district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objection is overruled, and the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge. The clerk shall **TRANSFER** this case to the **Fort Worth Division of the Northern District of Texas**.

**SO ORDERED**.

January 6, 2012.

                                                   _____
                                                   A. JOE FISH
                                                   **Senior United States District Judge**